**Order entered January 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00049-CV

### IN RE MICHAEL LYNN SIMS, Relator

**On Original Proceeding from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 17022**

## ORDER

Before Justices Moseley, Francis, and Fillmore

The Court has before it relator's petition for writ of mandamus claiming the trial court has violated a ministerial duty by not ruling on relator's motion for post-conviction DNA testing. The Court requests that real party The State of Texas file a response to the petition by **MONDAY, JANUARY 28, 2013**.

/s/     JIM MOSELEY
PRESIDING JUSTICE